United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| MARSHEILA CONKLIN, | ) | |
| | ) | NO. 3:11-cv-5950-RBL-JRC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING UNOPPOSED MOTION |
| MICHAEL ASTRUE, | ) | TO AMEND THE BRIEFING SCHEDULE |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| Defendant. | ) | |

Based on the motion to amend and the declaration of Amy Gilbrough it is hereby ordered that the briefing schedule in this matter is amended as follows:

- Plaintiff shall file the Opening Brief on or before March 30, 2012.
- Defendant shall file the Responsive Brief on or before April 27, 2012.
- Plaintiff shall file the optional Reply Brief on or before May 11, 2012.
- Oral argument, if desired, shall be requested by May 18, 2012.

DATED this 12th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER - [3:11-cv-5950-RBL-JRC]- 1